**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Carlos Gomez Camejo, | Case No. 2:26-cv-01392-ART-MDC |
| Petitioner | **Order** |
| v. | |
| Todd Blanche, et al., | [ECF No.1-1] |
| Respondents | |

Petitioner Jose Carlos Gomez Camejo, an immigration detainee, who is challenging the lawfulness of his federal detention at Henderson Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1. On the same date that Camejo initiated this case, he filed another habeas case by filing an identical § 2241 petition challenging his immigration detention. *See Camejo v. Blanche,* Case No. 2:26-cv-1364-RFB-DJA.  The Court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims Camejo wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No: 2:26-cv-1364-RFN-DJA.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of the Court is directed to enter final judgment accordingly and close this case.

Dated: May 11, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE